UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
:
T.R.,                                                      :    23 -CV- 9950 (DEH)
:
Plaintiff[s],                                              :
:
v.                                                         :    ORDER OF REFERENCE
:    TO A MAGISTRATE JUDGE
:
NEW YORK CITY DEPARTMENT OF EDUCATION,                     :
Defendant[s].                                              :
:
-----------------------------------------------------------X

DALE E. HO, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

SO ORDERED.

Dated: November 14, 2023
       New York, New York

_____
DALE E. HO
United States District Judge