

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jaimini A. Vyas**
*Assistant Corporation Counsel*
347-556-8536
jvyas@law.nyc.gov

January 30, 2024

**BY ECF**

Honorable James L. Cott
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:  *T.R. et al. v. New York City Dept. of Education*, 23-CV-9950-DEH-JLC

Dear Judge Cott:

      This office represents Defendant New York City Department of Education in the above-captioned action. The Parties have conferred and agree that no outstanding issues remain to be resolved in this matter other than attorneys' fees.

      I write to respectfully request, on consent, an extension of approximately sixty (60) days, until April 2, 2024, for Defendant to respond to the Complaint. Defendant's response to the Complaint is currently due on February 2, 2024. In light of the fact that the only outstanding issue is that of Plaintiffs' entitlement to attorney's fees, the Parties wish to engage in further discussion to determine whether this matter can be resolved completely through a negotiated settlement without the need for further judicial intervention.

      This is Defendant's second request for an extension of time to respond to the Complaint. Your Honor granted Defendant's previous request. No other existing deadlines in the case will be impacted by the requested extension.

      Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Jaimini A. Vyas
Assistant Corporation Counsel

cc: **BY ECF**
counsel of record